IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                    Case No. 1:19-cv-1058

MEGAN T. HARRIS                                                                          DEFENDANT

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Dismiss. (ECF No. 28). No response is necessary.

Plaintiff asks that this case be dismissed without prejudice. Defendant does not oppose the request. At a plaintiff's request, an action or claim may be dismissed by court order, on terms the Court considers proper. Fed. R. Civ. P. 41(a)(2). "Voluntary dismissal under Rule 41(a)(2) should not be granted if a party will be prejudiced by the dismissal." *Adams v. USAA Cas. Ins. Co.*, 863 F.3d 1069, 1079 (8th Cir. 2017).

The Court finds good cause for the motion to dismiss (ECF No. 28), which is hereby **GRANTED**. This case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 8th day of July, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge